

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **MARK T. ROSSINI** <br> Defendant. | **INFORMATION** <br><br> Criminal No. 25-298-SCC |

The United States Attorney Charges:

COUNT ONE<br>Contribution by a Foreign National<br>52 U.S.C. § 30121

From on or about March of 2020 to on or about June of 2020, Mark T. Rossini, a foreign national, aided and abetted by others, did knowingly and willfully facilitate an express or implied promise to make a contribution in connection with the New Progressive Party's primary election for Governor of Puerto Rico, aggregating more than $2,000, during a calendar year, all in violation of 52 U.S.C. § 30121 (Contribution by a Foreign National) and § 30109(d)(1)(A)(ii) (Penalties for Violations) and 18 U.S.C. § 2.

W. STEPHEN MULDROW
United States Attorney

By Myriam Y. Fernandez Gonzalez
Assistant United States Attorney