# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**MARK T. ROSSINI**<br>Defendant. | **INFORMATION**<br><br>Crim No.: 25- 298 (SCC) |

RECEIVED & FILED CLERK'S OFFICE AUG 27 US DISTRICT COURT SAN JUAN, PR

The United States Attorney Charges:

## COUNT ONE
### Contribution by a Foreign National
### 52 U.S.C. § 30121

From on or about March of 2020 to on or about June of 2020, Mark T. Rossini, aided and abetted by others, did knowingly and willfully facilitate an express or implied promise to make a contribution in connection with the New Progressive Party's primary election for Governor of Puerto Rico, aggregating more than $2,000, during a calendar year, all in violation of 52 U.S.C. § 30121 (Contribution by a Foreign National) and § 30109(d)(1)(A)(ii) (Penalties for Violations) and 18 U.S.C. § 2.

W. STEPHEN MULDROW
United States Attorney

By: _____
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney